# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Damonie Earl, et. al., each individually and on behalf of all others similarly situated. | ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-CV-507-ALM |
| The Boeing Company, Southwest Airlines Co., | ) ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs, each individually and on behalf of all others similarly situated.

Date: July 22, 2019

/s/ Andrew Wolinsky
*Attorney's signature*

Andrew Wolinsky   NY: 4892196
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
277 Park Ave . 45th Floor
New York, NY 10172
*Address*

awolinsky@piercebainbridge.com
*E-mail address*

212-484-9866
*Telephone number*

646-968-4125
*FAX number*