UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:19-cv-00507

Name of party requesting extension: Southwest Airlines, Co.

Is this the first application for extension of time in this case?
☐ Yes
☐ No

If no, please indicate which application this represents:
☒ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07/12/2019

Number of days requested:
☐ 30 days
☐ 15 days
☒ Other 11 days

New Deadline Date: 09/13/2019 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Michael Swartzendruber
State Bar No.: 19557702
Firm Name: Norton Rose Fulbright US LLP
Address: 2200 Ross Ave. Suite 3600
Dallas, Texas 75201

Phone: (214) 855-8000
Fax: (214) 855-8200
Email: michael.swartzendruber@nortonrosefulbright.com

A certificate of conference does not need to be filed with this unopposed application.