UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated,<br><br>　　*Plaintiffs*,<br>v.<br>THE BOEING COMPANY, SOUTHWEST AIRLINES CO.,<br><br>　　*Defendants*. | §§§§§§§§§§§§§§ CIV. A. NO. 4:19-CV-507 |

### NOTICE OF APPEARANCE OF ELIZABETH S. FORREST

Request is made that Elizabeth S. Forrest, Siebman Forrest Burg & Smith, LLP, be served electronically in this case and that her appearance as additional counsel for Defendant The Boeing Company, be noted.

Dated:  October 9, 2019	Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ *Elizabeth S. Forrest*
　　　　　　　　　　　　　　　　　　Elizabeth S. Forrest
　　　　　　　　　　　　　　　　　　TX Bar No. 24086207
　　　　　　　　　　　　　　　　　　**SIEBMAN FORREST BURG & SMITH, LLP**
　　　　　　　　　　　　　　　　　　Federal Courthouse Square
　　　　　　　　　　　　　　　　　　300 N. Travis
　　　　　　　　　　　　　　　　　　Sherman, TX  75090
　　　　　　　　　　　　　　　　　　(903) 870-0070
　　　　　　　　　　　　　　　　　　(903) 870-0066 Telefax
　　　　　　　　　　　　　　　　　　elizabethforrest@siebman.com

　　　　　　　　　　　　　　　　**Attorney for Defendant The Boeing Company**