AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Earl, et al.  )
*Plaintiff*  )
v.  ) Case No. 4:19-cv-00507-ALM
The Boeing Company, et al.  )
*Defendant*  )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Damonie Earl, Linda Rugg, Alesa Beck, Timothy Blakey, Jr., Stephanie Blakey, Marisa Thompson, Muhammad Muddasir Khan, Elizabeth Cooper, John Rogers, Valerie Mortz-Rogers.

Date: April 27, 2020

/s/ Edward Maxwell Grauman
*Attorney's signature*

Edward Maxwell Grauman (TX Bar No. 24081931)
*Printed name and bar number*

Bathaee Dunne LLP
7000 North MoPac Expressway, Suite 200
Austin, TX 78731
*Address*

egrauman@bathaeedunne.com
*E-mail address*

(512) 575-8848
*Telephone number*

*FAX number*