# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*.<br><br>v.<br><br>THE BOEING COMPANY, SOUTHWEST AIRLINES CO.,<br><br>*Defendants*. | Civil Action No. 4:19-cv-00507 |

## BATHAEE DUNNE LLP, DOVEL & LUNER, LLP, AND CAPSHAW DERIEUX LLP'S RESPONSE TO WILLIAMSON'S REQUEST FOR *EX PARTE* HEARING AND *IN CAMERA* REVIEW

Bathaee Dunne LLP, Dovel & Luner, LLP, and Capshaw DeRieux LLP ("Responding Counsel") submit this joint response to Andrew Williamson's Notice Regarding Statements Made on the Record at the May 13, 2020 Hearing in this Matter and Request for *Ex Parte* In Camera Hearing (Dkt. No. 100) (the "Notice"). In the Notice, Mr. Williamson alleges that Mr. Hecht— while speaking on behalf of himself, Andrew Lorin, Pierce Bainbridge Beck Price & Hecht ("PB") and/or "others that [he is] affiliated with" (May 13 Tr. at 5:1-3; *see also id.* at 3:13-14, 4:9-12)— made "numerous statements of material fact" that are "inaccurate, and may have been made to intentionally mislead counsel and the Court" (Notice at 1). Responding Counsel agree with Mr. Williamson and Defendants that a hearing is appropriate and accordingly do not oppose Mr.

Williamson's request for one, but respectfully take no position as to the appropriateness of *in camera* submissions to the Court or as to whether an *ex parte* hearing is necessary.[1]

Dated: May 23, 2020

John Jeffrey Eichmann (CA 227472)
jeff@dovel.com
Gregory S. Dovel (CA 135387)
greg@dovel.com
Simon Franzini (CA 287631)
simon@dovel.com
Julien A. Adams (CA 156135)
julien@dovel.com
Jonas Jacobson (CA 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Fax: (310) 657-7069

/s/ Yavar Bathaee
Yavar Bathaee (NY 4703443) (Lead Counsel)
yavar@bathaeedunne.com
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (TX 24081931)
egrauman@bathaeedunne.com
Andrew Wolinsky (NY 4892196)
awolinsky@bathaeedunne.com
BATHAEE DUNNE LLP
445 Park Ave. 9th Floor
New York, NY 10022
Tel: (212) 918-8188

Elizabeth L. DeRieux (TX 05770585)
ederieux@ capshawlaw.com
CAPSHAW DERIEUX LLP
114 E. Commerce
Gladewater, TX 75647
Tel: (903) 236-9800
Fax: (903) 236-8787

*Attorneys for Plaintiffs*

---

[1] After Boeing filed its response to Mr. Williamson (Dkt. No. 102), Mr. Hecht moved on May 22nd to withdraw Mr. Williamson and Mr. Pomerantz's appearances in this case, and stated in his certificate of conference that "counsel for Plaintiffs" met and conferred with Defendants, Mr. Williamson and Mr. Pomerantz. (Dkt. No. 103, at 2.) That is incorrect. Responding Counsel were not part of any purported conferences with Mr. Williamson and Mr. Pomerantz, nor were Responding Counsel privy to any meet and confer with Defendants (other than being included on a last-minute e-mail chain hours before Mr. Hecht's filing). Responding Counsel do not oppose Mr. Williamson's and Mr. Pomerantz's withdrawals, but neither adopt, nor agree with, the unparseable prefatory statement in Mr. Hecht's motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2020, a true and correct copy of the above was served via email through the Eastern District of Texas's CM/ECF system.

/s/ Yavar Bathaee
Yavar Bathaee
