# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAMONIE EARL, ET AL. | § | |
| | § | |
| v. | § | Civil Action No. 4:19CV507 |
| | § | Judge Mazzant |
| THE BOEING COMPANY, ET AL. | § | |

## ORDER SETTING HEARING

The Court hereby sets the Notice Regarding Statements Made on the Record at the May 13, 2020 Hearing in this Matter and Request for *Ex Parte* In-Camera Hearing (Dkt. #100) for Telephonic Hearing on ***Monday, June 1, 2020, at 2:00 p.m.*** Teleconference call-in information is provided, as follows:

**ATT Toll-Free Conference Number: 888-363-4749**
**Access Code: 1588844, followed by #**

Participants are directed to call this number at 1:55 p.m.

**IT IS SO ORDERED.**

**SIGNED this 27th day of May, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE