# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated <br><br> v. <br><br> THE BOEING COMPANY and SOUTHWEST AIRLINES CO. | § § § § § § § § § § § § § § § Civil Action No. 4:19-cv-00507 <br> Judge Mazzant |

## ORDER

On May 31, 2020, the Court received an ex parte facsimile from Andrew Williamson. The Court, having reviewed Mr. Williamson's submission, does not find the information to be protected by any kind of privilege or confidentiality. Thus, the Court concludes that it must release the materials it received from Mr. Williamson via fax for all counsel to review.

Accordingly, the Court will provide Mr. Williamson's submission to the Clerk—out of an abundance of caution, the Court directs the Clerk to **SEAL** Mr. Williamson's submission. And while it is standard practice for the Clerk to email sealed documents only to the lead attorneys on a case, the Court directs the Clerk to also email the sealed submission to all attorneys on the docket sheet who have appeared for Plaintiffs and are affiliated with Pierce Bainbridge Beck Price & Hecht LLP.

Having reviewed the documents submitted by Mr. Williamson, the Court concludes that the June 1, 2020 hearing should be **CANCELED**. And, after reviewing Mr. Williamson's

submission, any party who wishes to file a motion related to the submission must do so by **Monday, June 8, 2020**.

    **IT IS SO ORDERED**.

    **SIGNED this 1st day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE