IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated, | § § § § § § § § § § § | Civil Action No. 4:19-cv-00507-ALM |
| *Plaintiffs*, | § § | |
| v. | § § | |
| THE BOEING COMPANY, SOUTHWEST AIRLINES CO., | § § § | |
| *Defendants*. | § § § | |

**[PROPOSED] ORDER GRANTING MOTION PURSUANT TO COURT ORDER DOCKET NO. 115 TO SHOW AUTHORITY TO ACT**

WHEREAS, the Court has considered the Defendants' Motion Pursuant to Court Order Docket No. 115 to Show Authority to Act, IT IS HEREBY ORDERED that:

Attorneys David L. Hecht and Andrew J. Lorin demonstrate that they have authority to act in the name of Pierce Bainbridge Beck Price & Hecht LLP or on its behalf and also on behalf of the named Plaintiffs.

**IT IS SO ORDERED**.