**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY and SOUTHWEST AIRLINES CO.,<br><br>Defendants. | Civil Action No. 4:19-cv-00507 |

## ORDER

Before the Court is Pierce Bainbridge Beck Price & Hecht LLP's Motion to File Under Seal (Dkt. #133). For good cause shown, this Court hereby **GRANTS** the motion of Pierce Bainbridge Beck Price & Hecht LLP ("Pierce Bainbridge") for leave to file under seal its Supplemental Response to Andrew Williamson's Notice and *Ex Parte* Submission and the supporting documents filed concurrently therewith.

**IT IS SO ORDERED**.

SIGNED this 11th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE