# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated<br><br>v.<br><br>THE BOEING COMPANY and SOUTHWEST AIRLINES CO. | § § § § § § § § § § § § § § §    Civil Action No.  4:19-cv-00507<br>Judge Mazzant |

## ORDER

On June 26, 2020, the Court held a telephonic hearing between the parties regarding several discovery disputes in this case.  Plaintiffs argued that Defendants had been producing emails but withholding the attachments on relevance grounds.  After hearing from both parties during the June 26 call, the Court hereby **ORDERS** Defendant Boeing and Defendant Southwest to:

1. Review every withheld email attachment that is attached to a relevant email;

2. Produce any of the attachments that are relevant and not privileged; and

3. Certify that all attachments not produced are either irrelevant or privileged.

   **IT IS SO ORDERED**.

   SIGNED this 26th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE