**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated, | Civil Action No. 4:19-cv-00507 |

*Plaintiffs.*

v.

THE BOEING COMPANY,
SOUTHWEST AIRLINES CO.,

*Defendants.*

**PLAINTIFFS' NOTICE REGARDING DEFENDANTS' REPLY
TO HECHT PARTNERS LLP'S RESPONSE TO MOTION PURSUANT TO
COURT ORDER DOCKET NO. 115 TO SHOW AUTHORITY TO ACT (ECF NO. 141)**

Yesterday afternoon (June 29, 2020), Defendants filed a Reply to Hecht Partners LLP's Response to Motion Pursuant to Court Order Docket No. 115 to Show Authority to Act. (ECF No. 141.) Defendants' filing states that "various law firms spawned from Pierce Bainbridge . . . have agreed (apparently in writing) to share responsibility as co-counsel." (*Id.* at 2.)

Defendants' assertion may or may not be true as to the two law firms simultaneously claiming to act as Pierce Bainbridge in this matter—(1) Pierce Bainbridge Beck Price & Hecht LLP (*see* ECF No. 139 at 2 ("Messrs. Hecht and Lorin remain at PB.")) and (2) Hecht Partners LLP (*see* ECF No. 136 at 1 (describing "Hecht Partners LLP . . . as successor to Pierce Bainbridge Beck Price & Hecht LLP . . . in connection with this action"))—but Plaintiffs' counsel at Bathaee

Dunne LLP ("BD"), Dovel & Luner LLP ("Dovel"), and Capshaw DeRieux LLP ("Capshaw") have never seen evidence of any such agreement.

As to Plaintiffs' counsel who do *not* claim to act as Pierce Bainbridge in this case—BD, Dovel, and Capshaw[1]—none of these firms have agreed to "share responsibility" for this case (or have any other agreements with) with David Hecht; Andrew Lorin; any other attorney at Hecht Partners; or Hecht Partners LLP itself. Defendants' apparent confusion—and the inconsistent positions taken *in this case* by putative Hecht Partners LLP lawyers David Hecht and Andrew Lorin as to whom they are working (and, potentially, billing) for—further indicates the need for a formal appointment of BD as interim lead class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3), a motion for which is fully briefed and currently pending before the Court. (ECF No. 99.)


Dated: June 30, 2020

<div style="margin-left:40%">

/s/ Brian J. Dunne
Yavar Bathaee (NY 4703443) (Lead Counsel)
yavar@bathaeedunne.com
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (TX 24081931)
egrauman@bathaeedunne.com
Andrew Wolinsky (NY 4892196)
awolinsky@bathaeedunne.com
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 205-7668

*Attorneys for Plaintiffs*

</div>

---

[1] Although neither BD, nor Dovel, nor Capshaw was "spawned from Pierce Bainbridge," Defendants elsewhere reference "Plaintiffs' counsel" and "counsel for the named Plaintiffs" in their filing.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 30, 2020, a true and correct copy of the above was served via

email through the Eastern District of Texas's CM/ECF system.

<div align="right">

/s/ Brian J. Dunne
Brian J. Dunne

</div>