IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, ELIZABETH COOPER, JOHN ROGERS, VALERIE MORTZ-ROGERS, and LAKESHA GOGGINS, each individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br> v. <br><br> THE BOEING COMPANY, SOUTHWEST AIRLINES CO., <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:19-cv-00507-ALM |

## ORDER

Before the Court is the Defendants' Motion Pursuant to Court Order Docket No. 115 to Show Authority to Act (Dkt. #127). Attorneys David L. Hecht and Andrew J. Lorin filed a response, arguing that this motion should be denied as moot (Dkt. #139 at p. 2). Defendants agreed today that their motion should be denied as moot (Dkt. #141).

It is therefore **ORDERED** that Defendants' Motion Pursuant to Court Order Docket No. 115 to Show Authority to Act (Dkt. #127) is **DENIED as moot**.

**SIGNED this 30th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE