# FILED UNDER SEAL

# Exhibit R

```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF TEXAS

 3                     SHERMAN DIVISION

 4

 5  DAMONIE EARL, LINDA RUGG,      §
    ALESA BECK, TIMOTHY BLAKEY,    §
 6  JR., STEPHANIE BLAKEY,         §
    MARISA THOMPSON, MUHAMMAD      §
 7  MUDDASIR KHAN, ELIZABETH       §
    COOPER, JOHN ROGERS,           §
 8  VALERIE MORTZ-ROGERS and       §
    LAKESHA GOGGINS, each          §
 9  individually and on behalf     §
    of all others similarly        §   CA NO.: 4:19-cv-00507
10  situated,                      §
                                   §
11              Plaintiffs,        §
                                   §
12  VS.                            §
                                   §
13  THE BOEING COMPANY, and        §
    SOUTHWEST AIRLINES CO.,        §
14                                 §
                Defendants.        §
15

16

17        ORAL AND VIDEOTAPED DEPOSITION OF

18                WILLIAM B. LUSK

19            VIA ZOOM VIDEOCONFERENCE

20                  Dallas, Texas

21            Friday, August 21, 2020

22

23  Reported by:

24  JANICE K. McMORAN, CSR, RDR, CRR, TCRR

25  JOB NO. 183138
```

Page 8

```
 1            MR. LORIN:  Andrew Lorin for Lakesha
 2      Goggins and also Alesa Beck, Domonie Earl,
 3      Valerie Rogers, John Rogers, Stephanie
 4      Blakey, and Tim Blakey.
 5            MR. BATHAEE:  If I may, I'd like to
 6      lodge a continuing objection to
 7      Mr. Lorin's unauthorized appearance at
 8      this deposition on any client I represent.
 9            MR. DUNNE:  Brian Dunne on behalf of
10      plaintiff, from Los Angeles, California.
11            MR. HATCH:  Ben Hatch of McGuireWoods
12      on behalf of Boeing.
13            MR. FAGELMAN:  Yavar, before we get
14      started, can we have an agreement that an
15      objection by one defendant is good for all
16      defendants?
17            MR. BATHAEE:  Sure, if you guys are
18      okay with it.
19            MR. FAGELMAN:  Thank you.
20                  WILLIAM B. LUSK,
21   having been duly remotely sworn, testified
22   as follows:
23                     EXAMINATION
24      Q.   Can you please state your name and
25   address for the record?
```

```
 1       A.   No.
 2       Q.   Do you think his separation was
 3   deserved?
 4            MR. FAGELMAN:  Objection, form.
 5       A.   I don't know enough about his
 6   situation to make a statement on that.
 7   BY MR. BATHAEE:
 8       Q.   What do you know about his situation?
 9       A.   I know he's leaving.
10       Q.   That's it?
11       A.   I know -- I know in -- I know that
12   he's -- he has some legal things that he's
13   that's really all I know.
14       Q.   Are you aware as to whether he's
15   under criminal investigation?
16            MR. FAGELMAN:  Objection, form.
17       A.   No.  Honestly, I am not.
18            MR. BATHAEE:  All right.  Well, I
19       have no further questions.  I continue to
20       object to Mr. Lorin's loitering at
21       depositions, and with that I'm done.
22            MR. FAGELMAN:  Are you passing the
23       witness?
24            MR. BATHAEE:  Sure.
25            MR. FAGELMAN:  All right.  We will
```