**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, JOHN ROGERS, VALERIE MORTZ-ROGERS, LAKESHA GOGGINS, JAMES LAMORTE, BRETT NOBLE, RUBEN CASTRO, FRITZ RINGLING, LITAUN LEWIS, and LANCE HOGUE, JR., each individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § | Civil Action No. 4:19-cv-00507-ALM |
| *Plaintiffs*, | § § § | |
| v. | § § | |
| THE BOEING COMPANY, SOUTHWEST AIRLINES CO., | § § § | |
| *Defendants*. | § § § | |

**THE BOEING COMPANY'S NOTICE REGARDING MOTION TO SET A BRIEFING
SCHEDULE FOR PLAINTIFFS' OCTOBER 30, 2020 MOTION TO COMPEL**

Defendant The Boeing Company hereby provides notice that it intends to file a motion requesting a briefing schedule regarding the Plaintiffs' October 30, 2020 motion to compel (Dkt. 203). Boeing will request a briefing schedule that allows adequate time for the National Transportation Safety Board ("NTSB") to consider Plaintiffs' motion to compel and for the NTSB to determine how best to protect its equities.

Boeing had planned to file its motion for a briefing schedule over the weekend, but counsel for Plaintiffs refused to meet and confer over the weekend. This notice is filed in order to make the Court aware of Boeing's intention to file a motion for scheduling order as soon as Plaintiffs' counsel will make themselves available for the required meet and confer which is a condition precedent to filing a motion. The parties are scheduled to meet and confer at 9:00 AM

CT on Monday, November 2, 2020.  Once the meet and confer is completed, Boeing will

promptly file either an agreed or contested motion to enter a briefing schedule concerning

Plaintiffs' motion to compel (Dkt. 203).

Date:   November 1, 2020                     Respectfully submitted,

                                            **McGUIREWOODS LLP**

                                            */s/ Jeremy S. Byrum*
                                            Clyde M. Siebman
                                            TX Bar No. 18341600
                                            Elizabeth S. Forrest
                                            TX Bar No. 24086207
                                            Jeffrey J. Burley
                                            TX Bar No. 03425250
                                            Siebman Forrest Burg & Smith LLP
                                            300 N Travis St
                                            Sherman, TX 75090
                                            Tel: 903-870-0070
                                            Fax: 903-870-0066
                                            Email: clydesiebman@siebman.com
                                            Email: elizabethforrest@siebman.com
                                            Email: jeffburley@siebman.com

                                            Thomas M. Farrell
                                            TX Bar No. 06839250
                                            McGuireWoods LLP
                                            JPMorgan Chase Tower
                                            600 Travis Street
                                            Suite 7500
                                            Houston, TX 77002-2906
                                            Tel: 713-353-6677
                                            Fax: 832-214-9933
                                            Email: tfarrell@mcguirewoods.com

                                            Brian D. Schmalzbach (*pro hac vice*)
                                            Jeremy S. Byrum (*pro hac vice*)
                                            McGuireWoods LLP
                                            Gateway Plaza
                                            800 East Canal Street
                                            Richmond, VA 23219-3406
                                            Tel:  804-775-4746
                                            Fax:  804-698-2304
                                            Email: bschmalzbach@mcguirewoods.com

                                            2

Email: jbyrum@mcguirewoods.com

Benjamin L. Hatch (*pro hac vice*)
McGuireWoods LLP
2001 K Street N.W.
Suite 400
Washington, DC 20006-1040
Tel:  757-640-3727
Fax:  757-640-3947
Email:   bhatch@mcguirewoods.com

**Attorneys for The Boeing Company**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2020, a true and correct copy of the above was served

to counsel through the Eastern District of Texas's CM/ECF system.

*/s/ Jeremy S. Byrum*
Jeremy S. Byrum
