IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Damonie Earl, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> The Boeing Company et al., <br><br> *Defendants*. | Civil Action No. 4:19-cv-00507-ALM <br><br> **FILED UNDER SEAL** |

### ORDER

Pending before the Court are Defendant The Boeing Company's ("Boeing") Motion to Set a Briefing Schedule Regarding Plaintiffs' Motion to Compel (Dkt. #209) and Plaintiffs' Opposition to Boeing's Motion for a Briefing Schedule on the Annex 13 Motion (Dkt. #212). After considering the relevant pleadings, the Court finds that Boeing's Motion (Dkt. #209) should be **DENIED**, and Plaintiffs' request for an expedited briefing schedule, as set forth in Plaintiffs' opposition (Dkt. #212) should be **GRANTED**.

It is therefore **ORDERED** that briefing as to Plaintiffs' Motion to Compel Boeing to Produce Information Withheld Based on Annex 13 (Dkt. #203) shall proceed as follows:

- Defendants' response is due by Monday, November 9, 2020;
- Plaintiffs' reply is due by Friday, November 13, 2020; and
- Any sur-reply is due by Tuesday, November 17, 2020.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of November, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE