# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY et al., <br><br> Defendants. | Civil Action No. 4:19-cv-00507-ALM |

**UNOPPOSED MOTION TO DISMISS PLAINTIFF LAKESHA GOGGINS**

Pursuant to Rule 41(a)(2)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lakesha Goggins ("Plaintiff Goggins" or "Goggins") moves that her claims against Defendants The Boeing Company ("Boeing") and Southwest Airlines Co. ("Southwest"), (collectively, referenced as "Defendants"), be dismissed without prejudice.  Ms. Goggins no longer wants to participate in this case as a named Plaintiff, but reserves her rights as a member of the proposed Southwest Airlines class.  Defendants do not oppose.  A proposed order is attached.

Date: November 3, 2020

                                                Respectfully submitted,

                                                */s/David L Hecht*
                                                David L. Hecht
                                                Andrew J. Lorin
                                                Kathryn Lee Boyd
                                                Hecht Partners LLP
                                                125 Park Avenue., 25th Floor
                                                New York, NY 10017
                                                212-851-6821
                                                dhecht@hechtpartners.com
                                                alorin@hechtpartners.com
                                                lboyd@hechtpartners.com

                                                *Attorneys for Plaintiff Lakesha Goggins*

## CERTIFICATE OF CONFERENCE

I certify that the meet and confer requirements of Local Rule CV-7(h) have been complied with regarding this motion.  Defendants do not oppose this motion but reserve their rights to seek the deposition of Ms. Goggins (which Plaintiffs do not agree they are entitled to).

*/s/David L Hecht*
David L. Hecht

## CERTIFICATE OF SERVICE

I certify that the above document was served on counsel of record for all parties on the above listed date via the ECF filing system.

*/s/David L Hecht*
David L. Hecht