IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY et al.,<br><br>  Defendants. | Civil Action No. 4:19-cv-00507-ALM |

### ORDER

Pending before the Court is the Unopposed Motion to Dismiss Plaintiff Lakesha Goggins (Dkt. #214). After considering the Motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Goggins' claims against Defendants The Boeing Company and Southwest Airlines Co. are hereby **DISMISSED WITHOUT PREJUDICE**. This dismissal shall have no effect on the remaining Plaintiffs' claims, nor on Goggins's ability to assert her rights as a member of the putative class.

It is further **ORDERED** that all parties shall bear their own costs, expenses, and attorneys' fees in connection with Goggins' claims and this dismissal.

IT IS SO ORDERED.

SIGNED this 4th day of November, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE