IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Damonie Earl, et al., individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br>v.<br>The Boeing Company, and<br>Southwest Airlines Co.,<br>　　　　Defendants. | Civil Action No. 4:19-cv-00507 |

Request for Termination of Electronic Notice

In accordance with the Court's September 30, 2020 order granting a motion to withdraw (Dkt. 174) and per Local Rule CV-11(e), the undersigned respectfully requests termination of electronic notice in order to stop receiving ECF notices in this case.  Thank you.

Dated: November 4, 2020

Respectfully submitted,

/s/ *Davida P. Brook*
Davida P. Brook
dbrook@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 789-3105
Facsimile:  (310) 789-3150

*FORMER Counsel for plaintiffs Damonie Earl and Lakesha Goggins*

Certificate of Service

I certify that on November 4, 2020, a copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Eastern District of Texas Procedures:

/s/ *Davida P. Brook*
　　Davida P.  Brook