UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, JOHN ROGERS, VALERIE MORTZ-ROGERS, JAMES LAMORTE, BRETT NOBLE, RUBEN CASTRO, FRITZ RINGLING, LITAUN LEWIS, and LANCE HOGUE, JR., each individually and on behalf of all others similarly situated, § § § § § § § § § § § § Plaintiffs, § § v. § § THE BOEING COMPANY and § SOUTHWEST AIRLINES CO., § § Defendants. § | Civil Action No. 4:19-cv-00507 |

**ORDER**

Pending before the Court is the Agreed Motion for Extension of Time to File *Daubert* Motions Related to Class Certification of Defendants The Boeing Company and Southwest Airlines Co. (Dkt. #221). After considering the Motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that the deadline to file *Daubert* motions concerning experts related to class certification is hereby extended until November 30, 2020.

**IT IS SO ORDERED.**
SIGNED this 5th day of November, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE