# DECLARATION OF GREG ALLENBY & EXHIBITS A1-A2

# FILED UNDER SEAL