# DECLARATION OF ROBERT MILLS & EXHIBIT M1

# FILED UNDER SEAL