# EXHIBITS 10-17

# FILED UNDER SEAL