# EXHIBITS 74-79

# FILED UNDER SEAL