# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Damonie Earl, et al., | Case No. 4:19-cv-507-ALM |
| *Plaintiffs*, | |
| v. | |
| The Boeing Company et al., | |
| *Defendants*. | |

**Plaintiffs' Opposition to Defendants' Motion to Exclude Mr. Mills' Testimony**

Defendants seek to exclude Plaintiffs from offering opinions of economist Robert Mills in support of their motion for class certification. Dkt. 254. The basis of their motion is that (1) Mr. Mills relies upon Plaintiffs' other experts, Dr. Greg Allenby and Dr. Jan Brueckner, and (2) the opinions of those experts should be excluded for the reasons asserted in Defendants' separately filed motions. *Id.* Defendants' motion should be denied for two reasons.

First, Defendants have provided no valid basis for excluding Dr. Allenby's opinions, as set forth in our separately filed opposition to Defendants' motion to exclude Dr. Allenby's opinions. Accordingly, if the Court denies Defendants' motion to exclude Dr. Allenby's opinions, as it should, then it should also deny Defendants' motion to exclude Mr. Mills' opinions that rely upon Dr. Allenby.

Second, Plaintiffs do not rely upon the opinions of Dr. Brueckner in their motion for class certification. Dkt. 276 (Corrected version of motion). Nor do Plaintiffs rely upon Mr. Mills' opinions that are based on or otherwise make use of Dr. Brueckner's opinions. *Id.* Accordingly, the portion of Defendants' motion that addresses Mr. Mills' use of Dr. Brueckner's opinions should be denied as moot.[1]

January 29, 2021                                                  Respectfully submitted,

                                                                            By: */s/ Jeff Eichmann*
                                                                                 John Jeffrey Eichmann (CA 227472)
                                                                                 (Admitted in the Eastern District)
                                                                                 jeff@dovel.com
                                                                                 Simon Franzini (CA 287631)
                                                                                 (Admitted in the Eastern District)
                                                                                 simon@dovel.com
                                                                                 **DOVEL & LUNER, LLP**
                                                                                 201 Santa Monica Blvd., Suite 600

---

[1] To the extent that Plaintiffs submit a merits report from Mr. Mills that relies upon any of the same opinions of Dr. Brueckner challenged by Defendants' motion, Defendants would be permitted to re-urge their challenge to those opinions in a merits-related *Daubert* motion, and Plaintiffs would be permitted to substantively oppose that motion at that time.

1

Santa Monica, CA 90401
Telephone: 310-656-7066

Yavar Bathaee (NY 4703443) (Lead Counsel)
yavar@bathaeedunne.com
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (TX 24081931)
egrauman@bathaeedunne.com
Andrew Wolinsky (NY 4892196)
awolinsky@bathaeedunne.com
**BATHAEE DUNNE LLP**
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (212) 918-8188

Elizabeth L. DeRieux (TX 05770585)
ederieux@capshawlaw.com
S. Calvin Capshaw (TX 03783900)
ccapshaw@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 845-5770

*Attorneys for all Plaintiffs*

### Certificate of service

I certify that the above document was served on counsel of record for all parties on the above listed date via the ECF filing system.

*/s/ Jeff Eichmann*