Stacie Yates
5006 Creekside Ave.
Baytown, TX 77523



NORTH HOUSTON TX 773
12 APR 2021 PM 2 L



FOREVER / USA

Paul Brown U.S. Courthouse
101 East Pecan Street Room 216
Sherman, Texas 75090

**RECEIVED**
APR 14 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

75090-004199