IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, et al., each individually and on behalf of all others similarly situated,　§§§ | |
| *Plaintiffs*,　§ | Civil Action No. 4:19-cv-00507-ALM |
| 　§ | |
| v.　§ | |
| 　§ | **FILED UNDER SEAL** |
| THE BOEING COMPANY, SOUTHWEST AIRLINES CO.,　§§§§ | |
| *Defendants*.　§ | |

### THE BOEING COMPANY'S NOTICE REGARDING
### CLASS CERTIFICATION HEARING MATERIALS

Defendant The Boeing Company ("Boeing") respectfully submits the attached Powerpoint presentation, which was used during the hearing on Plaintiffs' Motion for Class Certification held on April 26, 2021.

Date:   April 30, 2021

Respectfully submitted,

**McGUIREWOODS LLP**

*/s/ Thomas M. Farrell*
Elizabeth S. Forrest
TX Bar No. 24086207
Michael C. Smith
TX Bar No. 18650410
Jeffrey J. Burley
TX Bar No. 03425250
Anna Rebecca Skupin
TX Bar No. 24084272
Siebman Forrest Burg & Smith LLP
300 N Travis St
Sherman, TX 75090
Tel: 903-870-0070
Fax: 903-870-0066
Email:  elizabethforrest@siebman.com
Email:  jeffburley@siebman.com
Email: michaelsmith@siebman.com
Email: beccaskupin@siebman.com

1

Thomas M. Farrell
TX Bar No. 06839250
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002-2906
Tel: 713-353-6677
Fax: 832-214-9933
Email:  tfarrell@mcguirewoods.com

Brian D. Schmalzbach (*pro hac vice*)
Jeremy S. Byrum (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3406
Tel:  804-775-4746
Fax:  804-698-2304
Email:  bschmalzbach@mcguirewoods.com
Email:  jbyrum@mcguirewoods.com

Benjamin L. Hatch (*pro hac vice*)
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006-1040
Tel:  757-640-3727
Fax:  757-640-3947
Email:  bhatch@mcguirewoods.com

***Attorneys for The Boeing Company***

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, a true and correct copy of the above was served to counsel via email.

/s/ Thomas M. Farrell
Thomas M. Farrell

## CERTIFICATE REGARDING SEALING

Pursuant to Local Rule CV-5(a)(7)(B), I hereby certify that the Court has already granted authorization to seal this document.  Pursuant to the Protective Order (ECF No. 59), "[t]he Parties are authorized to file under seal any Protected/Controlled Material (including any pleadings, motions, or other papers disclosing Protected/Controlled Material)."  This filing and/or its exhibits disclose information that the parties have designated as Protected/Controlled Material and therefore sealing is warranted.

/s/ Thomas M. Farrell
Thomas M. Farrell