# EXHIBIT A

**Subject:** Earl, et al. v. Boeing, et al. - Southwest Fact Depositions

**Date:**    Tuesday, June 16, 2020 at 2:51:29 PM Pacific Daylight Time

**From:**    Andrew Wolinsky

**To:**      Swartzendruber, Michael, Leito IV, James V., Fagelman, Jason, Young, Geraldine W., Tarpley, Philip

**CC:**      jeff@dovel.com, Simon Franzini, 'ederieux@capshawlaw.com', Yavar Bathaee, Brian Dunne, Edward Grauman

Hi Mike,

We would like to schedule the depositions of certain individual Southwest witnesses, starting with those listed below. Please let us know a time that works for you to meet and confer about timing for these witnesses so we can send out appropriate notices. Please also confirm that all documents relevant to the claims or defenses in this case for these witnesses have been produced.

1. Craig Drew
2. Alan Kasher
3. Jeff Hamlett
4. Gary Kelly
5. Brandy King
6. Bill Lusk
7. Kevin Mountcastle
8. Michael Van de Ven
9. Bob Waltz
10. Jon Weaks

Best,
--Andrew

Andrew Chan Wolinsky | Partner | Bathaee :: Dunne :: LLP
445 Park Avenue, 9th Floor, New York, NY 10022
(323) 208-7337 (Direct)
awolinsky@bathaeedunne.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.