UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, JOHN ROGERS, VALERIE MORTZ-ROGERS, JAMES LAMORTE, BRETT NOBLE, RUBEN CASTRO, FRITZ RINGLING, LITAUN LEWIS, and LANCE HOGUE, JR., each individually and on behalf of all others similarly situated, § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:19-cv-00507 |
| *Plaintiffs,* | |
| v. | |
| THE BOEING COMPANY and SOUTHWEST AIRLINES CO., | |
| *Defendants*. | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
RELEVANT TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants The Boeing Company and Southwest Airlines Co. give notice of a recent decision by the Supreme Court of the United States.[1] In *TransUnion LLC v. Ramirez* (Ex. A), the Supreme Court reaffirmed that "*[e]very* class member must have Article III standing in order to recover individual damages" for asserted statutory violations. Ex. A at 15 (emphasis added). The Court also held that a jury verdict in a class action requires each class member's standing to "be supported adequately by the evidence adduced *at trial*." *Id.* (emphasis added).[2]

---

[1] This notification is unrelated to the Court's order of June 29, 2021 (Dkt. 449), directing briefing on whether members of the putative American Airlines class have standing.  Defendants will submit a consolidated brief on that issue at the time directed by the Court's order.

[2] The Court did not resolve "the distinct question whether every class member must demonstrate standing *before* a court certifies a class." Ex. A at 15 n.4.  Boeing addressed that separate question in its briefing on class certification.  *See* Dkt. 303 at 6–9; Dkt. 389 at 4–8.

*TransUnion*'s holding that each class member's standing "must be supported adequately by the evidence adduced at trial," *id.* at 15, confirms that Plaintiffs' proposal to determine class members' standing during a post-trial claims administration is unconstitutional and inconsistent with Rule 23.  Plaintiffs have attempted to overcome fatal standing defects by redefining the classes to include only the "bearer[s] of the ultimate economic burden" for each ticket purchase.  Dkt. 357 at 67.  That definition would require Plaintiffs to identify and eliminate the myriad point-of-sale purchasers who lack standing and, correspondingly, to identify through proof millions of ultimate reimbursing purchasers.  But because Plaintiffs cannot prove who bore the "ultimate economic burden" of nearly 200 million individual ticket purchases through common evidence at trial, they propose to identify these individuals and entities *after trial* "once . . . a judgment is entered in Plaintiffs' favor" through "the claims-administration process."  *Id.* at 8–9.  Consistent with the arguments Defendants advanced in opposition to class certification, *TransUnion* forecloses that approach by requiring proof of standing "*at trial*."  Ex. A at 15 (emphasis added).

Date:   July 1, 2021

Respectfully submitted,

**McGUIREWOODS LLP**

*/s/ Thomas M. Farrell*
Thomas M. Farrell
TX Bar No. 06839250
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX 77002-2906
Tel: 713-353-6677
Fax: 832-214-9933
Email: tfarrell@mcguirewoods.com

Brian D. Schmalzbach (*pro hac vice*)
Jeremy S. Byrum (*pro hac vice*)
Gregory J. DuBoff (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza

800 East Canal Street
Richmond, VA 23219-3406
Tel:  804-775-4746
Fax:  804-698-2304
Email: bschmalzbach@mcguirewoods.com
Email: jbyrum@mcguirewoods.com
Email: gduboff@mcguirewoods.com

Benjamin L. Hatch (*pro hac vice*)
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006
Tel:  757-640-3727
Fax:  757-640-3947
Email:   bhatch@mcguirewoods.com

*Attorneys for The Boeing Company*


**NORTON ROSE FULBRIGHT US LLP**

*/s/ Michael A. Swartzendruber*
Michael A. Swartzendruber
State Bar No. 19557702
Jason K. Fagelman
State Bar No. 00796525
James V. Leito
State Bar No. 24054950
Philip A. Tarpley
State Bar No. 24098501
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: (214) 855-8000
Fax: (214) 855-8200
michael.swartzendruber@nortonrosefulbright.com
jason.fagelman@nortonrosefulbright.com
james.leito@nortonrosefulbright.com
philip.tarpley@nortonrosefulbright.com

Geraldine W. Young
State Bar No. 24084134
1301 McKinney St., Suite 5100
Houston, TX 77010
Tel: (713) 651-5151
Fax: (713) 651-5246

- 4 -

geraldine.young@nortonrosefulbright.com

*Attorneys for Southwest Airlines Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, a true and correct copy of the above was served to counsel through the Eastern District of Texas's CM/ECF system.

*/s/ Thomas M. Farrell*
Thomas M. Farrell
