# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, JOHN ROGERS, VALERIE MORTZ-ROGERS, JAMES LAMORTE, BRETT NOBLE, RUBEN CASTRO, FRITZ RINGLING, LITAUN LEWIS, and LANCE HOGUE, JR., each individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE BOEING COMPANY and SOUTHWEST AIRLINES CO., <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:19-cv-00507 |

## ORDER

On this date, the Court considered the Motion for Expedited Briefing on the Motion to Stay Pending Interlocutory Appeal of Defendants The Boeing Company and Southwest Airlines Co. Based on the Court's review, it is the Court's opinion that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that (1) Plaintiffs' response brief in opposition to Defendants' Motion to Stay is due 7 days after the filing of the Motion to Stay; (2) Defendants' reply brief is due 4 days after the filing of the response; and (3) any sur-reply is due 4 days after the filing of the reply.

**IT IS SO ORDERED.**