IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DAMONIE EARL, ET AL.,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:19-CV-507-ALM |
| **THE BOEING COMPANY, ET AL.** | § § § | Judge Mazzant |
| *Defendants,* | § § § | |
| and, | § § | |
| **DOW JONES & COMPANY INC.,** | § § § | |
| *Proposed Intervenor.* | § | |

**ORDER**

Pending before the Court is Dow Jones & Company, Inc.'s ("Dow Jones") Unopposed Motion for Leave to Intervene for the Limited Purpose of Unsealing Court Records (Dkt. #485), and it appearing that good cause exists for the granting of such motion, the Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that Dow Jones be permitted to intervene in this case.

It is further ORDERED that Dow Jones is directed to file its Complaint in Intervention at this time, as the Clerk does not remove and file exhibits attached to motions.

IT IS SO ORDERED.

SIGNED this 2nd day of November, 2021.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE