UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, JOHN ROGERS, VALERIE MORTZ-ROGERS, JAMES LAMORTE, BRETT NOBLE, RUBEN CASTRO, FRITZ RINGLING, LITAUN LEWIS, and LANCE HOGUE, JR., each individually and on behalf of all others similarly situated, | § § § § § § § § § § § | Civil Action No. 4:19-cv-00507 |
| *Plaintiffs,* | § § | |
| v. | § § | |
| THE BOEING COMPANY and SOUTHWEST AIRLINES CO., | § § § | |
| *Defendants*. | § § § | |

**JOINT MOTION TO HOLD IN ABEYANCE
INTERVENOR DOW JONES & COMPANY, INC.'S
COMPLAINT-IN-INTERVENTION (DKT. 489)**

Dow Jones & Company, Inc. ("Dow Jones") was granted leave to intervene for the limited purpose of moving to unseal certain class certification papers on November 2, 2021, Dkt. 487, and filed its complaint-in-intervention ("Complaint") on November 9, Dkt. 489.  Since before Dow Jones filed its limited motion to intervene ("Motion"), Dkt. 485, Defendants The Boeing Company and Southwest Airlines Co. have been engaged in an extensive and good faith meet-and-confer process to seek agreement on the relief requested by Dow Jones.  That meet-and-confer process remains ongoing.  Thus, to conserve the resources of the Court and the parties while the meet-and-confer process proceeds, Defendants Boeing and Southwest, jointly with intervenor Dow Jones, jointly move to hold Dow Jones' Complaint in abeyance until the parties complete their ongoing

meet-and-confer on the continued appropriateness of sealing certain portions of the class certification papers.  In support of this motion, the above-referenced parties state as follows:

1.      Dow Jones moved to intervene for the limited purpose of moving to unseal certain portions of those class certification papers and attached exhibits.  Dkt. 485.  This Court granted that motion and instructed Dow Jones to file its Complaint in Intervention, Dkt. 487, which Dow Jones did on November 9.  Dow Jones plans to file a Motion to Unseal if the parties cannot agree through the meet-and-confer process.  The parties have been in extensive meet-and-confer discussions about the scope of Dow Jones' requested relief.  To narrow or resolve any potential dispute, Defendants have re-reviewed Plaintiffs' Motion for Class Certification; Southwest's and Boeing's Oppositions, and Plaintiffs' Reply, Dkts. 276, 302, 303 & 357; and have provided indices with their justifications for continuing to maintain certain portions of those documents under seal, as well as proposed to unseal substantial portions of those filings.  Dkt. 485 at 2.  Dow Jones is reviewing Defendants' designations and the parties have not reached an impasse.

2.      Defendants and Dow Jones respectfully submit that it would be unnecessary and inefficient for Defendants to have to respond to the Complaint while the meet-and-confer process continues in good faith.  That meet and confer process is directly addressing relief contemplated by the Complaint and a potential Motion to Unseal, and could render any further proceedings moot. In the event that discussions reach an impasse, Dow Jones contemplates filing a Motion to Unseal at that point.  Dow Jones and Defendants agree that if a Motion to Unseal becomes necessary, Defendants will file responses to the Complaint within 21 days from the date the Motion to Unseal is filed.  *Cf.* Fed. R. Civ. P. 12(a)(1)(A).

For these reasons, Defendants and Dow Jones respectfully request that this Court enter an order providing that Defendants need file no response to Dow Jones' Complaint unless and until Dow Jones files a Motion to Unseal.

Date:   November 22, 2021

Respectfully submitted,

/s/ *Michael W. Shapiro* (by permission)
Michael W. Shapiro
Texas Bar No. 24120472
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
3315 Daniel Avenue (75205)
P.O. Box 750116
Dallas, Texas 75275-0116
Tel.: (214) 768-4077
Fax: (214) 768-1611
Email: mshapiro@smu.edu

**Attorney for Dow Jones & Company, Inc.**


**NORTON ROSE FULBRIGHT US LLP**

/s/ *Michael A. Swartzendruber* (by permission)
Michael A. Swartzendruber (Lead Counsel)
State Bar No. 19557702
Jason K. Fagelman
State Bar No. 00796525
James V. Leito IV
State Bar No. 24054950
Philip A. Tarpley
State Bar No. 24098501
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
michael.swartzendruber@nortonrosefulbright.com
jason.fagelman@nortonrosefulbright.com
james.leito@nortonrosefulbright.com
philip.tarpley@nortonrosefulbright.com

Geraldine W. Young
State Bar No. 24084134
1301 McKinney St., Suite 5100

**McGUIREWOODS LLP**

/s/ *Thomas M. Farrell*
Thomas M. Farrell
TX Bar No. 06839250
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002-2906
Tel: 713-353-6677
Fax: 832-214-9933
Email: tfarrell@mcguirewoods.com

Brian D. Schmalzbach (pro hac vice)
Jeremy S. Byrum (pro hac vice)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3406
Tel: 804-775-4746
Fax: 804-698-2304
Email:
bschmalzbach@mcguirewoods.com
Email: jbyrum@mcguirewoods.com

Benjamin L. Hatch (pro hac vice)
McGuireWoods LLP
2001 K Street N.W.
Suite 400
Washington, DC 20006-1040
Tel: 757-640-3727
Fax: 757-640-3947
Email:   bhatch@mcguirewoods.com

Anne L. Doherty (pro hac vice)
McGuireWoods LLP
200 North Tryon Street

Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
geraldine.young@nortonrosefulbright.com

***Attorneys for Southwest Airlines Co.***

Suite 3000
Charlotte, NC 28202
Tel: 704-373-4633
Fax: 704-805-5014
Email: adoherty@mcguirewoods.com

***Attorneys for The Boeing Company***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Boeing and Southwest conferred with counsel for

Plaintiffs regarding the relief sought by this Motion.  Counsel for Plaintiffs do not oppose the

requested relief.

*/s/ Thomas M. Farrell*
Thomas M. Farrell

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2021, a true and correct copy of the above was served

to counsel through the Eastern District of Texas's CM/ECF system.

*/s/ Thomas M. Farrell*
Thomas M. Farrell
