# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE BOEING COMPANY and<br>SOUTHWEST AIRLINES CO.,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§   Civil Action No.  4:19-cv-00507<br>§   Judge Mazzant<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Pending before the Court are Defendant Southwest Airlines Co.'s Motion for Protection Related to Plaintiffs' Unilateral Termination of Court-Ordered 30(b)(6) Deposition, for Relief Pursuant to Rule 30(d)(3), and Request for Other Relief Related to Deposition Conduct (Dkt. #392), and Plaintiffs' Motion to Compel Southwest to Produce Texts and Testimony (Dkt. #396).

The parties are directed to file a joint notice updating the Court on the current status of all disputes raised and relief requested in or related to the above-referenced motions, responsive pleadings, and the Court's Order to Show Cause (Dkt. #334). This includes an update on the production of relevant text messages.

The parties are further directed to file the joint notice by December 6, 2021 at 5:00 p.m.

**IT IS SO ORDERED.**

**SIGNED this 29th day of November, 2021.**

*/s/ Amos L. Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE