IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, JOHN ROGERS, VALERIE MORTZ-ROGERS, JAMES LAMORTE, BRETT NOBLE, RUBEN CASTRO, FRITZ RINGLING, LITAUN LEWIS, and LANCE HOGUE, JR., each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE BOEING COMPANY and SOUTHWEST AIRLINES CO.,<br><br>*Defendants*. | Civil Action No. 4:19-cv-00507 |

## ORDER

On this date, the Court considered the Joint Motion to Hold in Abeyance Intervenor Dow Jones & Company, Inc.'s Complaint-in-Intervention (Dkt. #491) brought by Defendants The Boeing Company and Southwest Airlines Co. and Intervenor Dow Jones & Company, Inc. ("Dow Jones"). Based on the Court's review, it is the Court's opinion that the Joint Motion (Dkt. #491) hould be GRANTED.

**IT IS THEREFORE ORDERED** that Defendants need file no response to Dow Jones' Complaint (Dkt. #489) unless and until Dow Jones files a Motion to Unseal.

IT IS SO ORDERED.

SIGNED this 29th day of November, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE