# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 02, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40720    Earl v. Boeing Company
                  USDC No. 4:19-CV-507

Enclosed is an order entered in this case.

The court has considered the motion of Southwest Airlines Company and Boeing Company to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Southwest Airlines Company and Boeing Company may obtain all ex parte documents *filed on behalf of* their respective clients, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                             Sincerely,

                                             LYLE W. CAYCE, Clerk

                                             By: _____
                                             Christina A. Gardner, Deputy Clerk
                                             504-310-7684

Mr. Yavar Bathaee
Ms. Elizabeth L. DeRieux
Mr. Gregory DuBoff
Mr. Brian J. Dunne
Mr. Jason K. Fagelman
Mr. Thomas Miles Farrell
Mr. Jonathan S. Franklin
Mr. Edward Maxwell Grauman
Mr. Benjamin L. Hatch
Mr. James Vincent Leito
Mr. David O'Toole
Mr. Brian David Schmalzbach
Mr. Peter B. Siegal
Mr. Michael Alan Swartzendruber
Mr. Philip Tarpley
Mrs. Geraldine Wileen Young

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-40720
_____

Damonie Earl, individually and *on behalf of* all others similarly situated; Linda Rugg, individually and *on behalf of* all others similarly situated; Alesa Beck, individually and *on behalf of* all others similarly situated; Timothy Blakey, Jr.; Stephanie Blakey; Marisa Thompson, individually and *on behalf of* all others similarly situated; Muhammad Muddasir Khan; John Rogers, individually and *on behalf of* all others similarly situated; Valerie Mortz-Rogers, individually and *on behalf of* all others similarly situated; James LaMorte; Brett Noble, individually and *on behalf of* all others similarly situated; Ruben Castro, individually and *on behalf of* all others similarly situated; Fritz Ringling, individually and *on behalf of* all others similarly situated; Litaun Lewis, individually and *on behalf of* all others similarly situated; Lance Hogue, Jr., individually and *on behalf of* all others similarly situated,

*Plaintiffs—Appellees*,

versus

The Boeing Company; Southwest Airlines Company,

*Defendants—Appellants.*
_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-507

No. 21-40720

_____

ORDER:

IT IS ORDERED that appellants' unopposed joint motion to view and obtain sealed documents is GRANTED.

_____
Andrew S. Oldham
*United States Circuit Judge*