# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 03, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40720   Earl v. Boeing Company
                   USDC No. 4:19-CV-507

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Christina A. Gardner, Deputy Clerk
                              504-310-7684

Mr. Yavar Bathaee
Ms. Elizabeth L. DeRieux
Mr. Gregory DuBoff
Mr. Brian J. Dunne
Mr. Jason K. Fagelman
Mr. Thomas Miles Farrell
Mr. Jonathan S. Franklin
Mr. Edward Maxwell Grauman
Mr. Benjamin L. Hatch
Mr. James Vincent Leito
Mr. David O'Toole
Mr. Brian David Schmalzbach
Mr. Peter B. Siegal
Mr. Michael Alan Swartzendruber
Mr. Philip Tarpley
Mrs. Geraldine Wileen Young

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-40720
_____

Damonie Earl, individually and *on behalf of* all others similarly situated; Linda Rugg, individually and *on behalf of* all others similarly situated; Alesa Beck, individually and *on behalf of* all others similarly situated; Timothy Blakey, Jr.; Stephanie Blakey; Marisa Thompson, individually and *on behalf of* all others similarly situated; Muhammad Muddasir Khan; John Rogers, individually and *on behalf of* all others similarly situated; Valerie Mortz-Rogers, individually and *on behalf of* all others similarly situated; James LaMorte; Brett Noble, individually and *on behalf of* all others similarly situated; Ruben Castro, individually and *on behalf of* all others similarly situated; Fritz Ringling, individually and *on behalf of* all others similarly situated; Litaun Lewis, individually and *on behalf of* all others similarly situated; Lance Hogue, Jr., individually and *on behalf of* all others similarly situated,

*Plaintiffs—Appellees,*

versus

The Boeing Company; Southwest Airlines Company,

*Defendants—Appellants.*

No. 21-40720

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-507
_____

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the trial court proceedings are ADMINISTRATIVELY STAYED pending further order of this court.

2