UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Damonie Earl, et al., | Case No. 4:19-CV-507-ALM |
| *Plaintiffs*, | Jury Trial Demanded |
| v. | |
| The Boeing Company et al., | |
| *Defendants*. | |

**Notice of Change of Law Firm and Address
for Plaintiffs' Counsel Jeff Eichmann**

Jeff Eichmann, co-counsel for Plaintiffs in this case, provides this notice of change of law firm and address.  The new firm and address are:

EICHMANN, *a professional corporation*
662 N. Sepulveda Blvd., Suite 300
Los Angeles, California 90049
310-237-9190 (tel)
310-237-9199 (fax)
jeichmann@eichmann.com

All plaintiffs consent to this filing.

March 7, 2022

Respectfully submitted,

By: */s/ Jeff Eichmann*
John Jeffrey Eichmann (CA 227472)
(admitted in the Eastern District)
EICHMANN, *a professional corporation*
662 N. Sepulveda Blvd., Suite 300
Los Angeles, California 90049
310-237-9190 (tel)
jeichmann@eichmann.com

**Co-counsel for Plaintiffs**

## Certificate of service

      I certify that the above document was served on counsel of record for all parties on the above listed date via the ECF filing system.

*/s/ Jeff Eichmann*