# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, LINDA RUGG, ALESA BECK, TIMOTHY BLAKEY, JR., STEPHANIE BLAKEY, MARISA THOMPSON, MUHAMMAD MUDDASIR KHAN, JOHN ROGERS, VALERIE MORTZ-ROGERS, JAMES LAMORTE, BRETT NOBLE, RUBEN CASTRO, FRITZ RINGLING, LITAUN LEWIS, and LANCE HOGUE, JR., each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE BOEING COMPANY and SOUTHWEST AIRLINES CO.,<br><br>*Defendants*. | Civil Action No. 4:19-cv-00507 |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Defendant The Boeing Company's Unopposed Motion for Withdrawal of Counsel (Dkt. #498), seeking the withdrawal of Jeremy Byrum. Having considered the Motion, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that Defendants' Unopposed Motion for Withdrawal is GRANTED, and Jeremy Byrum is withdrawn as counsel in this matter.

IT IS SO ORDERED.

SIGNED this 11th day of April, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE