# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAMONIE EARL, *et al.*, § <br><br> *Plaintiffs*, § <br><br> v. § <br><br> THE BOEING COMPANY and § <br> SOUTHWEST AIRLINES CO., § <br><br> *Defendants*. § | Civil Action No.  4:19-cv-00507 <br> Judge Mazzant |

### FINAL JUDGMENT

In accordance with the Fifth Circuit Court of Appeals mandate in this case, it is hereby ORDERED that this case is DISMISSED for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE